United States District Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| HENRRY GUZMAN BUELUAS, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-01043 |
| | § | |
| WARDEN D.C. COLE, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's *pro se* Petition for Writ of Habeas Corpus (Under 28 U.S.C. § 2241), (Dkt. No. 1). The Court modifies the date for response and reply from its prior Order, (Dkt. No. 6), and **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than June 22, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than July 6, 2026.**[1]

The Court **DIRECTS** the Clerk of Court to serve this Order on the United States Attorney for the Southern District of Texas via electronic mail at USATXS.CivilNotice@usdoj.gov.

The Clerk is further **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to his address on file with the Court: Rio Grande Processing Center, 1001 San Rio Blvd., Laredo, TX 78046.

It is so **ORDERED**.

**SIGNED** on June 16, 2026.

John A. Kazen
United States District Judge

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.